### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KEVIN LEE MATHEWS,              ) | |
|               Plaintiff,     ) | |
| v.                              ) | Case No. CIV-10-1337-R |
| MICHAEL J. ASTRUE,              ) | |
| Commissioner of the Social       ) | |
| Security Administration,         ) | |
|               Defendant.     ) | |

### ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered September 15, 2011. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and the decision of the Commissioner of Social Security Administration is AFFIRMED.

IT IS SO ORDERED this 6th day of October, 2011.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE